**Order entered September 28, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00143-CV

### THEODORE SIMMONS, Appellant

### V.

### MIDLAND FUNDING, LLC, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-19-01681-C**

### ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to conduct a hearing to determine why the reporter's record of the September 19, 2019 bench trial had not been filed. The hearing was to be held by September 18, 2020.

Before the Court is the trial court's September 24, 2020 request for extension of time to conduct the hearing due to not receiving our abatement order. We **GRANT** the request and **ORDER** the trial court to conduct the hearing **no**

**later than October 9, 2020**. Both LaToya R. Young, the reporter responsible for the record of the September 2019 trial, and Janet Wright, Official Court Reporter for County Court at Law No. 3, shall be present at the hearing.

The trial court shall make written findings concerning the reasons the record has not been filed and the solution to getting the record filed with this Court. The findings shall be filed in a supplemental clerk's record **no later than October 14, 2020**. A supplemental reporter's record of the hearing shall also be filed **no later than October 14, 2020**.

By order dated August 10, 2020 order, we directed Ms. Young to not sit as a reporter until the missing record was filed. That order **REMAINS IN EFFECT.**

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Dallas County Clerk John F. Warren; Ms. Wright; Ms. Young; the Dallas County Auditor; and, the parties.

We again **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated no later than October 20, 2020.

/s/    BILL WHITEHILL
       JUSTICE